NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MULTIMEDIA TECHNOLOGIES PTE. LTD.,**
*Appellant*

**v.**

**LG ELECTRONICS INC., LG ELECTRONICS USA, INC., VIZIO, INC.,**
*Appellees*

---

2025-2063

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00351, IPR2024-00694.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    MULTIMEDIA TECHNOLOGIES PTE. LTD. V. LG ELECTRONICS INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

January 9, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 9, 2026